IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OSIE LEE DAVIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:21-cv-109-ECM |
| | ) [WO] |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**OPINION and ORDER**

On March 3, 2021, the Magistrate Judge entered a Recommendation that the petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed for lack of jurisdiction. (Doc. 2). No objections to the Recommendation have been filed. Upon an independent review of the file in this case, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and the motion to vacate, set aside or correct sentence (doc. 1) pursuant to 28 U.S.C. § 2255 is DISMISSED for lack of jurisdiction.

DONE this 1st day of April, 2021.

　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE